DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY LAMAR LEWIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-1513

[October 29, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Hon. Cymonie S. Rowe, Judge; L.T. Case No. 50-2023-CF-004443-AXXX-MB.

Daniel Eisinger, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Deborah Koenig, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Fleming v. State*, 414 So. 3d 175, 176 (Fla. 4th DCA 2025).

CIKLIN, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***